IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WAVERLY BRIDGES,** <br>            Petitioner, | **CIVIL ACTION** |
| v. | |
| **WARDEN MR. LAWTON, and HOUSE OF CORRECTIONS,** <br>            Respondents. | **NO.  13-3701** |

# O R D E R

**AND NOW**, this 6th day of February, 2014, upon consideration of Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated November 4, 2013, the Petition for Writ of *Habeas Corpus* Under 28 U.S.C. § 2241 filed by *pro se* petitioner, Waverly Bridges, and the record in this case, no objections to the Report and Recommendation having been filed notwithstanding the granting of an extension of time for filing objections to December 23, 2013, by Order dated November 21, 2013, and good cause appearing, **IT IS ORDERED** as follows:

1.    The Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski dated November 4, 2013, is **APPROVED AND ADOPTED**;

2.    The Petition for Writ of *Habeas Corpus* Under 28 U.S.C. § 2241 filed by *pro se* petitioner, Waverly Bridges, is **DISMISSED WITHOUT PREJUDICE** for the reasons stated in the Report and Recommendation; and,

3.    A certificate of appealability will not issue because reasonable jurists would not debate the propriety of this Court's procedural rulings with respect to petitioner's claims.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

                                                                BY THE COURT:

                                                                /s/ Hon. Jan E. DuBois
                                                                _____
                                                                  DuBOIS, JAN E., J.